Are You know he yeah followers if  up there protect his to don I com I there up is a a a a a way call makes calls p